UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :

DAVID TOWNSLEY
                                                      :

        Plaintiff,
                                                      :

**v.**                                                        Case No. 18 Civ. 01439 (KPF)
                                                     :

AIRXCEL, INC.,
                                                     :

        Defendant.
------------------------------------------------------X

# NOTICE OF MOTION

      PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 6.3 of the Southern District of New York, upon the Memorandum of Law In Support of Plaintiff's Motion for Reconsideration of Partial Summary Judgment transmitted herewith, and all the pleadings and proceedings had herein, Plaintiff David Townsley ("Townsley") will move this court at United States Court, Southern District of New York, 500 Pearl Street, New York, New York, on November 8, 2018, or when otherwise directed by the Court, for an Order reconsidering the Opinion and Order of Honorable Katherine B. Forrest, dated August 15, 2018 [ECF No. 62] (the "Summary Judgment Opinion and Order"), setting aside the Summary Judgment Opinion and Order, and for such other and further relief as the Court may deem just and proper.

Dated: October 12, 2018

**HALLETT & PERRIN, P.C.**

*/s/ Leland C. de la Garza*
Stewart H. Thomas (Admitted *pro hac vice*)
Leland C. de la Garza (Admitted *pro hac vice*)
Elizabeth A. Fitch (Admitted *pro hac vice*)
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct Phone: 214-953-0053
Fax: 214-922-4142
sthomas@hallettperrin.com
ldelagarza@hallettperrin.com
efitch@hallettperrin.com

**MICHELMAN & ROBINSON, LLP**

David A. Pellegrino
Kathryn T. Lundy
800 Third Avenue, 24th Floor
New York, New York 10022
(212)730-7700
dpellegrino@mrllp.com
klundy@mrllp.com

*Attorneys for Plaintiff David Townsley*

## **CERTIFICATE OF SERVICE**

      I certify on October 12, 2018, the foregoing was served by the federal court's ECF filing system to all counsel of record.

                                            */s/ Elizabeth A. Fitch*
                                            Elizabeth A. Fitch